

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50050 |
| VERSUS | JUDGE DONALD E. WALTER |
| ELIZABETH EDWARDS | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

Before this Court is defendant, Elizabeth Edward's, appeal [Doc. #12] of the fifteen-month sentence of the Magistrate issued on August 29, 2006, and entered on September 19, 2006, as a result of Edwards being found guilty of six counts of making materially false statements and representations on a United States Department of Housing and Urban Development ("HUD") housing certification form in violation of 18 U.S.C. § 1012. After having reviewed the record on appeal, this Court makes the following findings:

The Magistrate was not unreasonable, and did not commit plain error, in sentencing Edwards to a term of imprisonment of 12 months as to Count 1 and three months each as to Counts 2 - 6 to run concurrently with each other, but consecutive to the sentence for Count 1, considering the amount stolen, $11,922, defendant's prior record and the Guidelines range of 15 to 21 months. See United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) (courts review a sentence for reasonableness); see also United States v. Mares, 402 F.3d 511, 520 (5th Cir. 2005).

Accordingly, **IT IS ORDERED** that Edwards' 15 month sentence on six counts of making materially false statements to HUD be and is hereby **AFFIRMED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25 day of May, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE